IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:22-CR-77

TOSHEMIE WILSON

### PRETRIAL PROTECTIVE ORDER

Pursuant to the Court's order issued this day granting the United States' "Motion for Protective Order for Pretrial Proceedings," it is ORDERED:

1. All materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "Materials") are subject to this protective order and may be used by the defendant and the defendant's counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. The defendant and employees of the defendant, including the defendant's counsel and persons hired by the defendant or the defendant's counsel to provide assistance in this case, shall keep the Materials in a secure place to which no person who does not have reason to know their contents has access.

3. The defendant and the defendant's counsel shall not disclose the Materials or their contents directly or indirectly to any person or entity other than persons employed to assist in the defense, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure (collectively, "Authorized Persons"). Potential witnesses and their counsel may be shown copies of the Materials as necessary to prepare the defense but may not retain copies without prior permission of the Court.

4. The defendant, the defendant's counsel, and Authorized Persons shall not copy or reproduce the materials except in order to provide copies of the Materials for use in connection with this case by the defendant, the defendant's counsel, and Authorized Persons. Such copies and reproductions shall be treated in the same manner as the original Materials.

5. The defendant, the defendant's counsel, and Authorized Persons shall not disclose any notes or records of any kind that they make in relation to the contents of the Materials, other than to Authorized Persons, and all such notes or records are to be treated in the same manner as the original Materials.

6. Before providing the Materials to an Authorized Person, defense counsel must provide the Authorized Person with a copy of this protective order.

7. Upon conclusion of all stages of this case, all Materials and all copies of Materials shall be destroyed or returned to the United States, unless otherwise ordered by the Court. The Court may require a certification as to the disposition of any such Materials.

8. All papers to be filed in court shall identify the alleged victims only by the designation "Victim" followed by a corresponding victim number, and alleged victims shall be referred to only by such designations in any pretrial proceeding.

9. A violation of this protective order resulting in a knowing or intentional violation of 18 U.S.C. § 3509 is a criminal contempt punishable by up to a year in prison and a fine, or both, pursuant to 18 U.S.C. § 403.

10. Nothing contained in this protective order shall preclude any party from applying to this Court for further relief or for modification of any of the provisions of this protective order.

**SO ORDERED**, this 22nd day of July, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**